Jamie M. Evans, OSB 117604
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

|  |  |
|---|---|
| Jodi M. Murphy,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner, Social Security Administration.<br><br>Defendant. | **Case No. 3:17-cv--01362-JR**<br><br>**ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

It is hereby ORDERED that attorney fees in the amount of $7,663.01 shall be awarded to

Plaintiff pursuant to the Equal Access to Justice Act, § 2412(d).

The parties agree that attorney fees in the amount of $7,663.01 will be paid to Plaintiff's

attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset

against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v.*

*Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney,

Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, then

the check for any remaining funds after offset of the debt shall be made out to Plaintiff and

mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 10ᵗʰ day of September, 2018.

_____
Magistrate Judge Jolie A. Russo


Proposed Order Submitted:    September 8, 2018

 /s/ Jamie M. Evans
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.:  503-200-2723
Fax:  503-200-2701
Jamie@evans-evans.com

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED
APPLICATION FOR FEES UNDER THE EQUAL ACCESS TO
JUSTICE ACT - 2

JAMIE EVANS
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701