Jamie M. Evans, OSB 117064
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JODI M. MURPHY,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | Case No. 3:17-cv-01362-JR<br><br>ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |

Plaintiff Jodi M. Murphy brought this action seeking review of the Commissioner's final decision denying her application for Disability Insurance Benefits under the Social Security Act. After a stipulated remand, the Court remanded the case for additional de novo proceedings, [ECF 17]. On remand, the Administrative Law Judge issued Plaintiff a fully favorable decision, awarding Plaintiff Disability Insurance Benefits.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. The Court finds the requested fees are reasonable.

Plaintiff's motion [ECF 22] is granted, and Plaintiff's counsel is awarded $20,088.50 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees

Ex. 4, Proposed Order on Plaintiff's Motion for 406(b) Fees; Case No. 3:17-cv-01362-JR    1

in the amount of $7,663.01 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney, Jamie M. Evans the balance of $12,425.49, less any applicable processing or user fees prescribed by statute. The section 406(b) check should be mailed to Jamie M. Evans, 610 SW Broadway, Suite 405 Portland, Oregon 97205.

Any amount withheld after all attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: This 20th day of May, 2019.

_____
Honorable Jolie Russo
United States Magistrate Judge


Proposed Order Submitted on May 10, 2019:

/s/ Jamie M. Evans
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph.: 503-200-2723
Fax: 503-200-2701
Jamie@evans-evans.com